No. 1,718.—STATE ex rel. KING et al., RELATORS, *v.* WILLIAM CLANCY, JUDGE, RESPONDENT.

Application for writ of review.

Petition filed September 4, 1901. Writ issued September 4, 1901. Motion to quash filed September 11, 1901. Decided October 23, 1901.

PER CURIAM.—The motion to quash the writ heretofore issued herein is sustained and the proceeding is dismissed upon the ground that the writ was not issued to the proper defendant.

*Mr. E. N. Harwood,* and *Messrs. McBride & McBride,* for Relators.

*Mr. C. P. Drennen,* and *Messrs. McHatton & Cotter,* for Respondent.